### 1120. THORNTON *v.* THE STATE.

HILL, C. J. No error of law appears, and the verdict is fully warranted by the evidence. *Judgment affirmed.*

Conviction of manslaughter, from Bibb superior court—Judge Felton. March 28, 1908.

Submitted May 5,—Decided June 18, 1908.

*John R. Cooper,* for plaintiff in error, *William Brunson, solicitor-general,* contra.